

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FILOMEY BUSINESS LTD.,

                           Plaintiff,            08 CV 6424 (RJS)

-v-

                                                 **STATEMENT PURSUANT**
                                                 **TO F.R.C.P. 7.1**

ALTERNATIF SHIPPING & TRADING LTD and
EUROMETAL & SHIPPING NV,
                          Defendants.

-----------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, FILOMEY BUSINESS LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
         July 17, 2008

                                                  CHALOS & CO, P.C.
                                                 Attorneys for Plaintiff
                                                 FILOMEY BUSINESS LTD.

               By:                   _____
                                              George M. Chalos (GC-8693)
                                              123 South Street
                                              Oyster Bay, New York 11771
                                              Tel: (516) 714-4300
                                              Fax: (866) 702-4577
                                              Email: gmc@chaloslaw.com